

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2022

No. 04-21-00442-CV

**IN THE INTEREST OF M.K.T**., a child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02181
Honorable Martha Tanner, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal must be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.* Appellant filed a notice of appeal on October 12, 2021. All appellees' briefs originally were due to be filed on January 18, 2022.

On January 18, 2022, appellee-intervenors filed a motion requesting an extension of twenty days in which to file their appellees' brief. The motion is GRANTED and appellee-intervenors' brief is due **no later than February 7, 2022**. Further requests for an extension of time are disfavored.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court